# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 501
:
ADOPTION OF RULE 510 OF THE : JUDICIAL ADMINISTRATION DOCKET
RULES OF JUDICIAL ADMINISTRATION :
AND AMENDMENT OF 204 PA.CODE :
§207.3 :

## ORDER

**PER CURIAM:**

   **AND NOW**, this 31st day of August, 2018, Rule 510 of the Pennsylvania Rules of Judicial Administration is adopted, and 204 Pa.Code §207.3 is amended, in the form attached.

   To the extent that notice of proposed rulemaking would be required by Rule 103 of the Pennsylvania Rules of Judicial Administration or otherwise, the amendments herein are required in the interest of justice and efficient administration.

   This Order shall be effective immediately and shall be processed in accordance with Rule 103(b) of the Pennsylvania Rules of Judicial Administration.

Additions are in bold and underlined.
Deletions are in bold and bracketed.